UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
A & P CONSULTING SERVICES, INC.,

       Plaintiff,                                    ORDER
                                                            CV-04-1020 (ERK) (JMA)

    -against-

JESSE F. CRUMP, M.D. and ELIZABETH A.
JOHNSON,

       Defendants.
----------------------------------------------------------------X
A P P E A R A N C E S:

| | |
|---|---|
| Philip A. Byler, Esq. | Dennis J. Alessi, Esq. |
| Nesenoff & Miltenberg, LLP | Mandelbaum, Salsburg, Gold, Lazris, Discenza & Steinberg, P.C. |
| 363 Seventh Avenue - Fifth Floor | 155 Prospect Avenue |
| New York, NY 10001-3904 | West Orange, NJ 07052 |
| Attorney for Plaintiff | Attorney for Defendants |

AZRACK, United States Magistrate Judge:

      In this breach of contract action, plaintiff, a financial services provider, sued Dr. Jesse F. Crump, a physician in private practice, and Dr. Crump's wife, Elizabeth A. Johnson, for amounts due on a series of contracts entered into by the parties from 2001 to 2004. In an order dated May 11, 2005, I granted defendants leave to amend their answer to include a counterclaim alleging fraud. I have reviewed the proposed counterclaim. I hereby grant defendants permission to file the counterclaim.

      SO ORDERED.

Dated: Brooklyn, New York
       July 18, 2005

                                                       _____/s/_____
                                                       JOAN M. AZRACK
                                                      UNITED STATES MAGISTRATE JUDGE